**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NINA GONZALEZ, | Case No. CV-14-6844-R |
| Plaintiffs, | **ORDER OF DISMISSAL** |
| v. | |
| AMERICAN MULTI-CINEMA, INC., et al, | |
| Defendants. | |

    THE COURT having been advised by the counsel for the parties that the above-entitled action has been settled;

    IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within 45 days, to reopen the action if the settlement is not consummated.  IT IS FURTHER ORDERED that all dates set in this action are hereby vacated.  The Court reserves its jurisdiction for the purpose of enforcing the settlement.

Dated: October 6, 2014

                                                      MANUEL L. REAL
                                                  United States District Judge